**Order filed September 17, 2013**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00599-CV
_____

### IN THE INTEREST OF B.M., M.L., AND A.A.C., Children

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2012-02208J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue Appellant's brief was due **September 13, 2013.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM